UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

SAMUEL FAST                                                          CASE NO. 10-21420-JKO
_____Debtor_____/                                    Chapter 7

SIDNEY FAST,

                    Plaintiff/Creditor,

vs.

SAMUEL FAST                                                          Adv No.  10-3488-JKO
_____Defendant/Debtor/

**ANSWER**

Samuel Fast (hereinafter Defendant), answers the Complaint, and says:

1.      Defendant admits the allegations of paragraph 1.

2.      Defendant admits the allegations of paragraph 2.

3.      Defendant admits the allegations of paragraph 3.

4.      Defendant admits the allegations of paragraph 4.

5.      Defendant admits the allegations of paragraph 5.

6.      Defendant admits the allegations of paragraph 6.

7.      Defendant denies the allegations of paragraph 7.

8.      Defendant admits the allegations of paragraph 8, first and third sentences.  Defendant denies the
        allegations of paragraph 8, second sentence.

9.      Defendant admits the allegations of paragraph 9.

10.     Defendant admits the allegations of paragraph 10.

11.     Defendant incorporates by reference all responses to the allegations which Plaintiff has
        incorporated by reference into paragraph 11.

12.     Defendant admits the allegations of paragraph 12.

13.     Defendant admits the allegations of paragraph 13 in that there exists a judgment against
        Defendant, but Defendant contests the preclusive effect of said judgment, and does not admit the
        he ever owed any money to Plaintiff.

14.     Defendant denies the allegations of paragraph 14.

15.     Defendant denies the allegations of paragraph 15.

16.     Defendant incorporates by reference all responses to the allegations which Plaintiff has
        incorporated by reference into paragraph 16.

17.     Defendant admits the allegations of paragraph 17.

18.     Defendant denies the allegations of paragraph 18.

19.     Defendant denies the allegations of paragraph 19.

20.     Defendant denies the allegations of paragraph 20.

21.     Defendant incorporates by reference all responses to the allegations which Plaintiff has incorporated by reference into paragraph 21.

22.     Defendant admits the allegations of paragraph 22.

23.     Defendant denies the allegations of paragraph 23.

Wherefore, Defendant requests entry of an order dismissing the Complaint, with prejudice.

## CERTIFICATE OF SERVICE

The following parties were served by U.S. Mail on August 16, 2010: Lazaro J. Lopez, Esq. 7925 NW 12 Street, Ste. 330, Doral, FL 33126.  The following parties were served via the Notice of Electric Filing on August 16, 2010: all parties receiving electronic notice.

Respectfully submitted,

**KEVIN C. GLEASON**
4121 N 31 Ave
Hollywood, FL 33021-2011
954.893.7670/954.893.7675 Fax

tc: client

 s/Kevin C. Gleason
Florida Bar No. 369500
BankruptcyLawyer@aol.com
Certified in Business Bankruptcy by the
American Board of Certification (www.abcworld.org)

2