UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

SAMUEL FAST                                                    CASE NO. 10-21420-JKO

_____Debtor_____/                                 Chapter 7

SIDNEY FAST,

            Plaintiff/Creditor,

vs.

SAMUEL FAST                                                    Adv No.  10-3488-JKO

_____Defendant/Debtor/

**MOTION TO DISMISS
OR *IN LIMINE***

Samuel Fast, Debtor and Defendant, moves pursuant to the provisions of this Court's Order

Setting Filing and Disclosure Requirements For Pretrial and Trial, dated August 6, 2010 [ECF 3], as

modified by Order of November 18, 2010 [ECF 8], to dismiss this case for the Plaintiff's failure to

comply with the provisions of this Court's Orders, or to restrict the Plaintiff from introducing any

evidence, and says:

1.        This case was commenced by the filing of a voluntary petition under Chapter 7 of Title 11,

          United States Code, on April 28, 2010.  The deadline for filing a complaint seeking exception

          from discharge was August 6, 2010.

2.        This proceeding was commenced by the filing of a complaint seeking exception from discharge

          on August 5, 2010.

3.        The initial pretrial conference was scheduled for November 17, 2010, but was continued to

          January 26, 2011 upon the oral request of the Plaintiff at the pretrial conference, which was not

          opposed by the Defendant.

4.        By Order of August 6, 2010 [ECF 3], the Court ordered as follows:

          a.        "All discovery shall be completed not later than ten (10) days before the pretrial

                    conference";

b.   "All parties to this proceeding shall meet not later than ten (10) days prior to the pretrial conference to confer on the preparation of a Joint Pretrial Stipulation in substantially the form of Local Form 63C. The plaintiff shall file the fully executed Joint Pretrial Stipulation no later than one (1) business day prior to the pretrial conference";

c.   Each party shall deliver to each opposing party (but not file), so as to be received no later than 4:00 p.m. four (4) business days prior to the pretrial conference, the following documents:

   i.   A set of pre-marked exhibits (including summaries) intended to be offered as evidence at trial. Exhibits tendered by plaintiff(s) shall be marked numerically...";

d.   "Failure to comply with any provision of this order ... may result in appropriate sanctions, including ... dismissal of the action..."

e.   "Continuances of the pretrial conference or trial or any deadlines set forth in this order must be requested by written motion."

5.   By Order of November, this Court ordered that, "the deadlines established in this Court's Order of August 6, 2010 [ECF# 3] shall run from the continued pretrial date."

6.   Prior to the initial pretrial conference on November 17, 2010, the Plaintiff conducted no discovery, did not seek to meet with undersigned counsel at least 10 days in advance of the pretrial conference, did not prepare or file a Joint Pretrial Stipulation, and did not provide any exhibits to your undersigned.

7.   As of this date, the eve of the continued pretrial conference, the only action taken by the Plaintiff was to propound interrogatories on or about January 7, 2011[1], which are not due for response until February 10, 2011, 11 days after the pretrial conference, notwithstanding this Court's order

---

[1] Received by this attorney's office on January 10, 2011.

which required that "All discovery shall be completed not later than ten (10) days before the pretrial conference."

8.      There is not now pending a motion to continue the pretrial conference, or any deadlines established by this Court.

Wherefore, Samuel Fast, Debtor and Defendant, request entry of an order which dismisses this proceeding, or limits the Plaintiff to a trial of this case without introduction of evidence, simply a trial on the pleadings.

### CERTIFICATE OF SERVICE

The following parties were served via the Notice of Electric Filing on January 25, 2011: Lazaro J. Lopez on behalf of Plaintiff Sidney Fast lazaro@lopezattorney.com.

Respectfully submitted,

**KEVIN C GLEASON**
4121 N. 31st Ave.
Hollywood, FL 33021-2011
Attorney for Mr. Fast, the Debtor
954 893 7670/954 893 7675 Fax
s/Kevin C. Gleason
FBN 369500
BankruptcyLawyer@aol.com
Certified Specialist in Business Bankruptcy Law by the
American Board of Certification. (www.abcworld.org)
Accredited by The Florida Bar.